UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ERVIN J. MARSHALL, JR.,

    Plaintiff,

v.                                                       Case No. 18-2385-JWL

BNSF RAILWAY COMPANY,

    Defendant.

## **AMENDED SCHEDULING ORDER**

The parties have filed a joint motion (ECF No. 31) to amend the scheduling order entered in this case. For good cause shown, the motion is granted. The scheduling order is amended as follows:

    a)     All discovery shall be commenced or served in time to be completed by **July 1, 2019.**

    b)     The final pretrial conference is rescheduled from June 18, 2019 to **July 19, 2019 at 10:30 a.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas. Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than **July 5, 2019**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*. It shall be in the form available on the court's website (*www.ksd.uscourts.gov*), and the parties shall affix their signatures according to the procedures governing multiple signatures set forth in paragraphs II(C)(2)(a) & (b) of

the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases*.

    f.    All dispositive motions shall be filed by **July 26, 2019.**

    g.    The case shall remain set for trial on a trial calendar that will begin on **January 6, 2020.** The trial setting may be changed only by order of the judge presiding over the trial.

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated June 6, 2019, at Kansas City, Kansas.

                                                s/ James P. O'Hara  
                                                James P. O'Hara  
                                                U.S. Magistrate Judge