IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

ERVIN J. MARSHALL, JR.        )
      Plaintiff,              )
                                )
v.                           )     Case No. 2:18-CV-02385
                                )
BNSF RAILWAY COMPANY     )
      Defendant.              )

**PLAINTIFF'S DEPOSITION DESIGNATIONS**

COMES NOW Plaintiff Ervin J. Marshall, Jr., and hereby designates the following portions of depositions to be read at trial, as needed:

| Joseph Buelt | Dwayne Curbow | Erika McCubbin |
|:---:|:---:|:---:|
| Page 4:14 to 4:16 | Page 6:19 to 6:21 | Page 5:15 to 5:17 |
| Pages 4:24 to 5:1 | Pages 10:11 to 11:5 | Pages 5:21 to 6:1 |
| Page 5:15 to 5:16 | Page 11:10 to 11:14 | Page 7:4 to 7:16 |
| Pages 8:12 to 9:15 | Pages 12:8 to 13:3 | Pages 7:25 to 8:14 |
| Page 9:16 to 9:21 | Page 15:18 to 15:21 | Pages 8:15 to 9:6 |
| Pages 10:6 to 11:5 | Pages 16:19 to 17:17 | Page 9:7 to 9:17 |
| Page 11:6 to 11:12 | Pages 17:18 to 18:15 | Page 10:3 to 10:10 |
| Pages 11:13 to 12:23 | Pages 18:25 to 20:9 | Pages 10:21 to 11:16 |
| Page 13:2 to 13:22 | Pages 20:12 to 21:8 | Pages 11:17 to 12:4 |
| Pages 14:1 to 15:9 | Pages 21:20 to 22:2 | Pages 13:8 to 14:7 |
| Pages 15:10 to 17:21 | Page 22:10 to 22:19 | Pages 14:8 to 15:3 |
| Pages 19:5 to 22:7 | Pages 22:20 to 23:21 | Page 16:5 to 16:14 |
| Pages 22:18 to 24:16 | Pages 24:10 to 27:1 | Page 17:6 to 17:16 |
| Pages 24:17 to 26:8 | Pages 27:21 to 29:3 | Pages 17:17 to 18:15 |
| Pages 26:24 to 27:22 | Pages 29:4 to 30:8 | Pages 18:16 to 21:22 |
| Pages 27:25 to 28:16 | Pages 31:5 to 32:7 | Page 22:1 to 22:21 |
| Page 28:17 to 28:24 | Pages 32:17 to 33:25 | Pages 22:22 to 24:19 |
| Pages 30:13 to 31:9 | Pages 34:19 to 35:13 | Pages 25:17 to 26:24 |
| Pages 31:10 to 32:5 | Pages 36:10 to 37:1 | Pages 27:6 to 28:8 |
| Pages 32:6 to 33:10 | Page 37:12 to 37:21 | Pages 28:22 to 29:1 |

| | | |
|---|---|---|
| Page 33:11 to 33:20 | Pages 38:11 to 40:17 | Page 29:14 to 29:20 |
| Pages 33:21 to 34:6 | Pages 40:18 to 41:15 | Page 30:1 to 30:5 |
| Page 34:10 to 34:25 | Page 41:16 to 41:24 | Pages 30:12 to 32:6 |
| Page 35:1 to 35:10 | Page 42:3 to 42:7 | Page 33:7 to 33:23 |
| Pages 35:16 to 36:4 | Pages 43:13 to 45:1 | Page 36:1 to 36:4 |
| Pages 36:20 to 37:25 | Pages 45:2 to 46:14 | Pages 36:5 to 37:5 |
| Pages 38:8 to 39:23 | Pages 46:15 to 47:12 | Pages 37:6 to 38:4 |
| Pages 40:7 to 43:13 | Page 49:5 to 49:20 | Page 38:5 to 38:8 |
| Page 43:14 to 43:21 | Pages 50:6 to 51:2 | Pages 38:9 to 39:10 |
| Pages 43:22 to 44:17 | Pages 53:1 to 54:6 | Pages 40:11 to 41:10 |
| Page 45:2 to 45:7 | Pages 54:22 to 55:2 | Page 42:10 to 42:22 |
| Pages 46:21 to 47:11 | Pages 54:22 to 55:2 | Pages 43:16 to 44:12 |
| Pages 47:12 to 49:8 | Pages 56:3 to 57:19 | Pages 44:13 to 46:17 |
| Page 52:2 to 52:11 | Page 58:6 to 58:20 | Pages 47:4 to 48:3 |
| Page 52:2 to 52:11 | Pages 59:4 to 60:11 | Pages 51:3 to 52:7 |
| Pages 52:21 to 53:8 | Page 60:12 to 60:21 | Page 54:15 to 54:19 |
| Pages 53:9 to 54:2 | Pages 60:25 to 61:15 | Page 54:20 to 54:25 |
| Page 54:3 to 54:12 | Pages 62:4 to 63:6 | Pages 57:12 to 58:1 |
| Page 55:3 to 55:7 | Page 63:13 to 63:20 | Page 58:4 to 58:11 |
| Page 55:8 to 55:18 | Page 63:13 to 63:20 | Pages 58:12 to 59:18 |
| Pages 57:12 to 59:7 | Page 64:13 to 64:20 | Pages 63:25 to 64:22 |
| Page 59:8 to 59:10 | Page 64:21 to 64:24 | Pages 66:24 to 67:5 |
| Pages 59:19 to 61:14 | Pages 65:14 to 66:4 | Page 67:6 to 67:10 |
| Pages 62:5 to 63:4 | Page 66:10 to 66:16 | Page 67:11 to 67:15 |
| Page 63:8 to 63:16 | Pages 66:21 to 67:8 | Page 68:8 to 68:23 |
| Pages 63:17 to 64:2 | Page 68:15 to 68:22 | Pages 69:14 to 70:3 |
| Pages 64:3 to 65:24 | Pages 69:21 to 70:9 | Page 70:4 to 70:13 |
| Pages 65:25 to 66:12 | Page 70:10 to 70:19 | Page 75:3 to 75:19 |
| Page 66:13 to 66:22 | Pages 70:20 to 71:4 | |
| Page 67:1 to 67:15 | Page 71:5 to 71:14 | |
| Pages 67:19 to 68:5 | Pages 72:24 to 73:4 | |
| Pages 68:6 to 69:1 | Pages 73:23 to 74:4 | |
| Pages 71:14 to 73:6 | Page 75:4 to 75:19 | |

Plaintiff's Deposition Designations
*Ervin J. Marshall, Jr. v. BNSF*, Case No. 2:18-CV-02385

| | | |
|---|---|---|
| Page 75:4 to 75:9 | Page 78:5 to 78:16 | |
| Pages 75:16 to 76:6 | Pages 78:21 to 79:19 | |
| Pages 77:3 to 78:12 | Page 80:11 to 80:15 | |
| Page 78:13 to 78:16 | Pages 80:25 to 81:2 | |
| Pages 79:3 to 81:14 | Pages 81:14 to 82:10 | |
| Pages 81:15 to 82:18 | Pages 82:24 to 83:2 | |
| Page 83:1 to 83:20 | Page 83:5 to 83:17 | |
| Page 85:15 to 85:24 | Page 86:15 to 86:23 | |
| Pages 86:22 to 87:10 | Page 88:12 to 88:16 | |
| Page 89:3 to 89:21 | Pages 88:21 to 89:19 | |
| Pages 89:22 to 90:14 | Pages 90:10 to 91:5 | |
| Pages 91:11 to 92:18 | Pages 91:6 to 92:5 | |
| Pages 92:19 to 93:4 | Page 92:6 to 92:16 | |
| Page 93:5 to 93:9 | Pages 93:11 to 94:6 | |
| Page 93:10 to 93:17 | Page 94:7 to 94:22 | |
| Pages 94:24 to 95:16 | Pages 94:23 to 95:20 | |
| Pages 95:17 to 96:2 | Pages 96:23 to 98:5 | |
| Pages 96:11 to 97:3 | Page 99:7 to 99:15 | |
| Page 97:4 to 97:15 | Pages 99:24 to 100:15 | |
| Page 98:2 to 98:12 | Pages 100:16 to 101:16 | |
| Page 99:4 to 99:15 | Pages 106:25 to 107:14 | |
| Pages 100:8 to 101:7 | Pages 109:2 to 110:6 | |
| Pages 101:14 to 102:9 | Page 111:8 to 111:19 | |
| Pages 102:25 to 103:14 | Page 113:5 to 113:22 | |
| Pages 103:15 to 104:12 | Pages 116:25 to 119:9 | |
| Pages 104:13 to 105:5 | Page 119:10 to 119:14 | |
| Page 105:6 to 105:19 | Pages 119:15 to 120:2 | |
| Page 106:8 to 106:21 | Pages 120:9 to 121:24 | |
| Pages 107:5 to 108:13 | Page 122:4 to 122:13 | |
| Pages 108:18 to 109:8 | Pages 122:23 to 123:5 | |
| Pages 109:22 to 111:1 | Pages 124:7 to 125:1 | |
| Pages 111:2 to 112:5 | Pages 125:6 to 126:13 | |
| Pages 112:6 to 113:13 | Pages 126:14 to 129:1 | |

Plaintiff's Deposition Designations
*Ervin J. Marshall, Jr. v. BNSF*, Case No. 2:18-CV-02385

| | | |
|---|---|---|
| Pages 113:14 to 114:1 | Page 130:6 to 130:9 | |
| Page 114:16 to 114:25 | Pages 132:11 to 133:2 | |
| Pages 115:10 to 116:10 | Pages 137:16 to 138:16 | |
| Page 117:4 to 117:15 | Page 141:13 to 141:20 | |
| Pages 117:16 to 118:5 | Page 142:1 to 142:8 | |
| Page 118:16 to 118:19 | Pages 143:4 to 144:11 | |
| Pages 118:22 to 119:13 | Page 144:12 to 144:20 | |
| Pages 119:17 to 121:9 | | |
| Pages 121:19 to 122:4 | | |
| Page 122:8 to 122:18 | | |
| Pages 122:19 to 123:12 | | |
| Pages 123:16 to 125:9 | | |
| Page 125:10 to 125:22 | | |
| Pages 126:15 to 127:5 | | |
| Page 127:6 to 127:10 | | |
| Page 127:11 to 127:21 | | |
| Pages 127:22 to 128:18 | | |
| Pages 128:19 to 129:3 | | |
| Page 129:4 to 129:22 | | |
| Pages 129:23 to 130:12 | | |
| Pages 130:23 to 132:6 | | |
| Pages 132:7 to 133:22 | | |
| Pages 133:23 to 134:18 | | |
| Pages 134:19 to 135:20 | | |
| Pages 135:21 to 137:11 | | |
| Page 137:12 to 137:18 | | |
| Pages 137:19 to 139:17 | | |
| Pages 139:18 to 141:2 | | |
| Page 141:18 to 141:23 | | |
| Pages 141:24 to 142:2 | | |
| Page 142:3 to 142:15 | | |
| Pages 142:20 to 144:11 | | |
| Page 144:15 to 144:23 | | |

| | | |
|---|---|---|
| Page 145:17 to 145:20 | | |
| Page 150:15 to 150:21 | | |
| Page 151:11 to 151:16 | | |
| Pages 151:17 to 152:17 | | |
| Page 153:8 to 153:19 | | |
| Pages 153:20 to 154:16 | | |
| Page 155:2 to 155:14 | | |
| Pages 155:23 to 156:3 | | |
| Pages 156:6 to 158:7 | | |
| Pages 158:20 to 159:8 | | |
| Page 159:9 to 159:16 | | |
| Pages 159:25 to 161:8 | | |
| Page 161:14 to 161:22 | | |
| Pages 161:23 to 163:2 | | |

| Bruce Stuff | Madlyn Guarino |
|---|---|
| Page 4:11 to 4:15 | Page 6:7 to 6:8 |
| Page 6:5 to 6:7 | Pages 6:25 to 7:7 |
| Page 6:8 to 6:10 | Pages 7:24 to 9:19 |
| Pages 6:20 to 7:4 | Pages 9:20 to 10:10 |
| Page 10:1 to 10:16 | Pages 10:21 to 11:3 |
| Pages 10:17 to 12:7 | Page 11:13 to 11:19 |
| Pages 12:8 to 13:4 | Page 12:4 to 12:19 |
| Page 13:10 to 13:16 | Page 13:4 to 13:22 |
| Pages 13:17 to 14:7 | Pages 13:24 to 14:8 |
| Page 16:2 to 16:8 | Page 14:9 to 14:19 |
| Pages 17:7 to 18:16 | Page 14:20 to 14:24 |
| Pages 18:17 to 19:3 | Page 15:9 to 15:14 |
| Pages 19:23 to 21:11 | Page 17:3 to 17:10 |
| Pages 21:20 to 22:25 | Pages 17:11 to 19:17 |
| Page 23:1 to 23:13 | Page 19:19 to 19:25 |
| Pages 23:16 to 24:4 | Page 20:5 to 20:16 |

Plaintiff's Deposition Designations
*Ervin J. Marshall, Jr. v. BNSF*, Case No. 2:18-CV-02385

| | |
|---|---|
| Pages 24:12 to 25:14 | Page 20:5 to 20:16 |
| Pages 25:15 to 28:2 | Pages 20:23 to 21:1 |
| Page 28:3 to 28:19 | Page 21:20 to 21:23 |
| Pages 28:23 to 29:25 | Page 22:4 to 22:14 |
| Page 30:1 to 30:15 | Pages 22:16 to 23:10 |
| Page 30:16 to 30:24 | Pages 23:11 to 24:19 |
| Pages 30:25 to 32:19 | Pages 24:20 to 25:22 |
| Pages 32:20 to 33:14 | Pages 25:23 to 26:4 |
| Page 33:17 to 33:24 | Page 26:5 to 26:8 |
| Pages 33:25 to 35:8 | Pages 26:9 to 27:7 |
| Page 35:9 to 35:24 | Page 28:2 to 28:7 |
| Pages 36:19 to 37:5 | Pages 28:8 to 29:15 |
| Pages 38:11 to 39:8 | Pages 29:16 to 30:5 |
| Pages 39:23 to 40:8 | Page 30:6 to 30:13 |
| Pages 40:20 to 42:4 | Pages 30:15 to 31:3 |
| Page 42:5 to 42:19 | Page 31:12 to 31:21 |
| Pages 43:18 to 44:7 | Pages 31:22 to 32:1 |
| Pages 44:8 to 46:3 | Page 32:2 to 32:6 |
| Pages 46:4 to 47:8 | Page 32:17 to 32:23 |
| Pages 47:23 to 48:17 | Page 33:14 to 33:18 |
| Pages 50:8 to 51:8 | Pages 33:19 to 34:2 |
| Page 52:8 to 52:15 | Page 34:3 to 34:13 |
| Page 53:8 to 53:23 | Page 34:14 to 34:16 |
| Page 54:11 to 54:16 | Pages 34:24 to 35:13 |
| Page 54:17 to 54:20 | Page 35:14 to 35:18 |
| Pages 54:21 to 55:24 | Pages 35:24 to 36:3 |
| Pages 60:22 to 62:7 | Page 36:4 to 36:6 |
| Page 62:15 to 62:18 | Pages 36:7 to 37:6 |
| Page 63:14 to 63:19 | Pages 37:21 to 38:6 |
| Page 65:2 to 65:16 | Page 38:11 to 38:17 |
| Page 66:4 to 66:14 | Pages 38:18 to 39:2 |
| Pages 66:15 to 67:1 | Pages 39:3 to 40:9 |
| Page 67:16 to 67:18 | |

| | |
|---|---|
| Pages 67:25 to 68:10 | |
| Pages 70:13 to 72:1 | |
| Page 72:2 to 72:24 | |
| Pages 73:19 to 74:6 | |
| Pages 74:11 to 75:18 | |
| Page 75:19 to 75:22 | |
| Pages 75:23 to 76:21 | |
| Page 78:7 to 78:12 | |
| Page 78:13 to 78:20 | |
| Pages 78:21 to 79:15 | |
| Pages 79:24 to 80:5 | |
| Page 80:6 to 80:11 | |
| Page 81:10 to 81:14 | |
| Pages 81:15 to 82:1 | |
| Page 82:9 to 82:19 | |
| Page 82:20 to 82:25 | |
| Page 83:5 to 83:21 | |
| Pages 84:14 to 85:6 | |
| Pages 85:7 to 86:7 | |
| Page 86:12 to 86:24 | |
| Page 87:12 to 87:20 | |
| Page 88:13 to 88:25 | |
| Page 89:8 to 89:15 | |
| Pages 89:21 to 90:1 | |
| Pages 92:16 to 94:4 | |
| Pages 92:16 to 94:4 | |

Respectfully submitted,

/s/ Aaron C. McKee
Aaron C. McKee                           KS# 20889
MCKEE LAW, L.L.C.
222 South Cherry Street
Olathe, Kansas 66061
Phone: (913) 768-6400
Facsimile: (913) 768-6420
aaronmckee@ksmoemploymentlaw.com

**ATTORNEY FOR PLAINTIFF**


## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was served and transmitted on

December 16, 2019, to the following:

**David C. Vogel and Heather M. Miller, Constangy, Brooks, Smith, & Prophete, LLP, 2600
Grand Blvd., Suite 750, Kansas City, Missouri 64108, dvogel@constangy.com,
hmiller@constangy.com, Attorney for Defendant**

☐ US mail          ☒ Electronic Mail          ☒ Case Net          ☐ Facsimile


/s/ Aaron C. McKee